

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00081-CV

IN THE INTEREST OF
H.L. AND S.L.

----------

FROM THE 322ND DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant M.L.[2] (Mother) attempts to appeal an interlocutory order for a psychological evaluation. The trial court's February 27, 2014 "Order on Appeal of Movant's Motion [for] Psychological Testing" upholds the associate judge's order that Mother submit to psychological testing and orders Mother to make an

---

[1]*See* Tex. R. App. P. 47.4.

[2]The names of the parties have been replaced with their initials. *See* Tex. Fam. Code Ann. § 109.002(d) (West 2014).

appointment within fifteen days of the order for testing with Dr. Barry Norman, a licensed psychologist, and to authorize the dissemination of her test results to the trial court and Father's attorney. The trial court's order does not purport to finally dispose of the suit; instead, it affirms the associate judge's order that Mother submit to psychological testing. Mother filed a timely notice of appeal.

On March 11, 2014, we notified Mother of our concern that we lack jurisdiction over this appeal because it does not appear to arise from a final judgment or an appealable interlocutory order, and we informed her that the appeal could be dismissed unless she or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal. We have received no response. Accordingly, we dismiss this appeal for want of jurisdiction.[3]

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED: May 22, 2014

---

[3]*See* Tex. Fam. Code Ann. § 105.001(e) (West 2014); Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a) (West Supp. 2013) (listing types of appealable interlocutory orders); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) (stating that generally an appeal may be taken only from a final judgment and that a judgment is final and appealable if it disposes of all parties and all issues); *In re J.W.L.*, 291 S.W.3d 79, 83 (Tex. App.—Fort Worth 2009, orig. proceeding [mand. denied]) (reiterating that temporary orders in family law cases are not appealable); *see also* Tex. R. App. P. 42.3(a), 43.2(f).